**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Ling Hui Yang, | ) | No. CV08-2146-PHX-SRB |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| Kip Crowler, et al. | ) | |
| Respondents. | ) | |

Petitioner, Ling Hui Yang,, filed her Amended Petition for Writ of Habeas Corpus on March 3, 2009 asserting that her continued detention by the Department of Homeland Security is unlawful. On August 24, 2009, Respondent filed a Suggestion of Mootness and a copy of the Order of Supervision advising the Court that Petitioner was released on August 7, 2009.

The Magistrate Judge filed his Report and Recommendation on August 27, 2009 recommending that Petitioner's AmendedPetition for Writ of Habeas Corpus be denied as moot.

In his Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has since expired and no objections to the Report and Recommendation have been filed.

1
2    The Court finds itself in agreement with the Report and Recommendation of the
3 Magistrate Judge.
4    IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
5 as the order of this Court.
6    IT IS FURTHER ORDERED that the Amended Petition for Writ of Habeas Corpus
7 is denied as moot.
8    IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.
9
10    DATED this 17th day of September, 2009.

_____
Susan R. Bolton
United States District Judge